IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN,<br>    *Plaintiff,*<br><br>v.<br><br>ACTIVE WORLD HOLDINGS, INC. and<br>ALFONSO KNOLL,<br>    *Defendants.* | :<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 23-0292<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this **7th** day of **February, 2024**, upon consideration of Plaintiff Scott Been's Unopposed Motion to Enforce Settlement Agreement By Entry of Agreed Judgment (ECF No. 67), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Agreed Judgment (attached to the motion at ECF No. 67-1) is **APPROVED**.

2. **JUDGMENT** in the amount of $921,925.00 is **ENTERED** in favor of plaintiff Scott Been and against defendants Active World Holdings, Inc. and Alfonso Knoll.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge