**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT BEEN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ACTIVE WORLD HOLDINGS, INC.<br>D/B/A ACTIVE WORLD CLUBS<br>AND ALFONSO KNOLL<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00292 |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Assignee of Record, WFD Capital LLC, in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this February 8, 2024.

　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　Andrew Roman Perrong (E.D. Pa. #333687)
　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　a@perronglaw.com