# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN, <br><br> Plaintiff, <br> v. <br><br> ACTIVE WORLD HOLDINGS, INC. <br> D/B/A ACTIVE WORLD CLUBS <br> AND ALFONSO KNOLL <br><br> Defendants. | Case No. 5:23-cv-00292 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned counsel for Assignee and Creditor of Record WFD Capital, LLC certifies that it is a nongovernmental corporate party, that it does not have any parent corporation, that it is not a publicly held corporation, and that no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED AND DATED this February 8, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (E.D. Pa. #333687)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com